**Order entered December 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00687-CR

**CHRISTOPHER MICHAEL DUCHARME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80054-2018**

## ORDER

Before the Court is appellant's December 20, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 23, 2019. We caution appellant that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     LANA MYERS
        JUSTICE